IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:24-cr-0012 |
| ) | |
| **MARIO ANTHONY LEDEE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

    **THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated July 23, 2024, ECF No. 28, recommending that the Defendant's plea of guilty to Count One of the Information, a violation of Title 21, United States Code, Sections 841(a) and (b)(1)(D), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

    **ORDERED** that the Report and Recommendation, ECF No. 28, is **ADOPTED;** it is further

    **ORDERED** that Defendant Mario Anthony Ledee's 's plea of guilty as to Count One of the Information is **ACCEPTED**, and that Mario Anthony Ledee is adjudged **GUILTY** on that count; it is further

    **ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

    **ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **October 2, 2024;** it is further

    **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **October 16, 2024;** it is further

    **ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **November 1, 2024;** it is further

    **ORDERED** that the parties shall file their sentencing memoranda no later than **November 12, 2024;** it is further

*United States v. Mario Anthony Ledee*
Case No. 3:24-cr-0012
Order
Page **2** of **2**

        **ORDERED** that a sentencing hearing shall be held on **November 22, 2024, at 10:30 A.M. in STT Courtroom No. 1.**


**Dated:** August 12, 2024	        */s/ Robert A. Molloy*
        **ROBERT A. MOLLOY**
        **Chief Judge**